4049.   FOLSOM, alias FRANKLIN, *v.* THE STATE.

RUSSELL, J.   1. The judge did not err in overruling the motion for continuance.

2. The trial was free from any material error; the evidence is sufficient to authorize the verdict, and it was not error to refuse a new trial.

*Judgment affirmed.*

DECIDED OCTOBER 22, 1912.

Conviction of manslaughter; from Brooks superior court—Judge Thomas. February 10, 1912.

*Grover C. Edmondson,* for plaintiff in error.

*J. A. Wilkes, solicitor-general,* contra.